

# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.                                         CASE NO. 20-M-6164-01-KGG

**LOREN OLSON,**

    Defendant.

# COMPLAINT

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

Sexual Exploitation of a Child – Production of Child Pornography
18 U.S.C. § 2251(a)

On or about May 7, 2020, in the District of Kansas, the defendant,

**LOREN OLSON,**

knowingly used, persuaded, induced, enticed, and coerced and attempted to use a minor, Minor Victim (born in 2005), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be produced using materials that have been mailed, shipped, and transported in and affecting interstate or foreign commerce by any means, in violation of Title 18 U.S.C. § 2251(a).

### COUNT 2

### Sex Trafficking of a Minor
### 18 U.S.C. §1591(a)(1) and (b)(2)

Between May 7, 2020, and continuing through July 27, 2020, in the District of Kansas, the defendant,

### LOREN OLSON,

knowingly recruited, enticed, obtained, patronized, and solicited a person under 18 years of age, Minor Victim 1 (born in 2005), knowing and in reckless disregard of the fact, and having had reasonable opportunity to observe, that Minor Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and did so in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense in violation of 18 U.S.C. § 2251, as set out in Count 1 of this Indictment, the defendant, **LOREN OLSON,** shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2253(a)(3), any and all property used or intended to be used in any manner or part to commit or promote the commission of such offense of any property traceable to such property, including but not limited to:

an Apple iPhone, seized on December 8, 2020 in Marquette, Kansas;

All pursuant to Title 18 U.S.C. § 2253 (a).

I further state that I am a Special Agent with the Federal Bureau of Investigation,

and that this Complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.**

ANDREW CAMPBELL, Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this ~~telephonically~~ 9th day of December, 2020.

THE HONORABLE KENNETH G. GALE
United States Magistrate Judge

3

## AFFIDAVIT

I, Special Agent Andrew Campbell, am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) assigned to the Kansas City Division-Wichita Resident Agency. This criminal complaint is based on the following facts:

1. On or about September 29, 2020, Facebook submitted CyberTipline Report 8063329 to the National Center for Missing and Exploited Children (NCMEC). This report included the content of communications between two accounts: Loren Olson (Facebook ID 100027275592200) and an account identified as operated by a 15 year old minor.

2. For the Loren Olson account, Facebook provided additional identifiers including: the user's name; the user's mobile phone numbers (both of which Facebook listed as "verified[1]"); the user's date of birth and approximate age; and the user's most recent login IP address. All of these identifiers, except for the IP address, would have been supplied by the user.

3. For the minor's account, Facebook provided additional identifiers including: the user's name; the user's mobile phone number (which Facebook listed as "verified"); the user's date of birth and approximate age; and the user's most recent login IP address. All of these identifiers, except for the IP address, would have been supplied by the user.

4. According to Facebook, the content captured and reported by Facebook had been reviewed by Facebook personnel. The captured and reported content included messages, starting on May 7, 2020, wherein Loren Olson began his side of communication asking, "Are you ready to fuck again." Loren Olson goes on to say, "Tomorrow sometime I want to take my 2 pictures of you. One of you only and the other with you and I fucking each other."

---

[1] This means the user provided Facebook the phone number, and Facebook sent a message to the user at the phone number to which the user responded to verify or authenticate account access.

5. Facebook's reported communications jump to July 24, 2020, at which point Loren Olson wrote, "You are telling me now that you do not want to have sex with me anymore, so if that's how you truly feel I will never ask you again to do it with me." The following day, on July 25, 2020, the communications show Loren Olson stating "I want to fuck your pussy now."

6. Facebook's reported communications jump to July 27, 2020, at which point Loren Olson stated "I guess that you do not want to have any more sex with me right." The minor responded, "I do but I don't know when." Loren Olson responded, "Well when you make up your mind please let me know, I guess that you do not want any money too." The minor responded, "I do want money it is just it seems like all you want me to do is have sex with you then you take pictures of my body and then give me money I feel like I am your little Whore." Loren Olson replied, "Sorry that you feel that way now because when you and I made Love to each other bodies it knows that it right because your pussy and my dick Loves each other now."

7. FBI issued subpoenas to Facebook for more recent account information for both of the above accounts. In response, Facebook provided additional and more recent IP address information.

8. FBI issued subpoenas to the providers of the associated IP addresses. The minor's account returned to a subscriber in Kansas. The Loren Olson account returned to a subscriber identified as Loren Olson at a Pretty Prairie Post Office Box.

9. On December 7, 2020, contact was made with the family of Minor Victim, a 15 year old living in Kansas, requesting an interview of the minor.

10. On December 8, 2020, Minor Victim participated in a forensic interview at the Sedgwick County Child Advocacy Center. During this interview, Minor Victim confirmed that the reported chat reflected communications between Minor Victim and Loren Olson. Minor Victim identified Loren Olson as the boyfriend of a family member. Minor Victim confirmed the sex acts referenced in the chats occurred. Minor Victim described the sex acts occurred in an RV in a storage lot in Marquette, Kansas. Minor Victim disclosed Loren Olson provided money to engage in sex acts. Minor Victim disclosed that Loren Olson took pictures of Minor Victim's naked body and genitals with his iPhone. Minor Victim further described that he took pictures as he engaged in sex acts with Minor Victim. Minor Victim advised Loren Olson lived at 517 Lincoln Street, Marquette, Kansas, with Minor Victim's family member.

11. From training and experience, I know that iPhones are not manufactured in the state of Kansas, such that the device used by Loren Olson would have traveled in interstate commerce prior to taking pictures of Minor Victim.

12. On December 8, 2020, myself and other special agents with the FBI arrived at Olson's residence to serve a search warrant. I made contact with Olson at approximately 5:10 p.m. Olson provided written consent to search his phone and motor home. At approximately 5:40 p.m., Olson was read his *Miranda* rights. Olson waived his rights and agreed to provide a statement regarding his arrest.

    a. Olson admitted engaging in sexual activity with Minor Victim multiple times, both at his residence and at his motor home, which was stored nearby in Marquette.

    b. Olson acknowledged he was aware Minor Victim was under the age of 18 at the time of the sexual activity.

    c. Olson admitted ownership of the cell phone in his possession, and his use and control over the Facebook profile used to communicate with Minor Victim.

    d. Olson admitted paying the Minor Victim in U.S. Currency shortly after the sexual activity.

13. The aforementioned violations occurred in the City of Marquette, County of McPherson, Kansas, located in the District of Kansas.

Based on the foregoing, I submit there is probable cause to find that Loren Olson committed violations of 18 U.S.C. § 1591, Sex Trafficking of a Minor, and 18 U.S.C. §2251, Production of Child Pornography, and therefore respectfully request that this Court issue an arrest warrant for Olson.

_____
ANDREW CAMPBELL
Special Agent
Wichita Resident Agency, Kansas City Division
Federal Bureau of Investigation

Subscribed to and sworn to before me telephonically this **9th** day of December, 2020

_____
HONORABLE KENNETH G. GALE
United States Magistrate Judge
District of Kansas